# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION, | Case No.: 2:18-cv-02015-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| MODE TECH (BEIJING) CO., LTD., | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 46. The Court previously denied without prejudice the parties' request to stay discovery. Docket No. 45. The Court is not clear what the parties seek through the pending discovery plan, as it references the motion to dismiss and then seeks entry of "tentative" dates for a scheduling order. Docket No. 46 at 3. The Court hereby **SETS** this matter for a scheduling conference for 10:00 a.m. on April 30, 2019, in Courtroom 3A. To the extent the parties are seeking a stay of discovery, counsel shall be prepared to explain why a stay is appropriate under the applicable standards. To the extent the parties are not seeking a stay of discovery, counsel shall be prepared to address which deadlines should be set with the expectation that they will be met (*i.e.*, not to be set "tentatively").

IT IS SO ORDERED.

Dated: April 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1