# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>MODE TECH (BEIJING) CO., LTD.,<br><br>Defendant(s). | Case No.: 2:18-cv-02015-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the parties' proposed discovery plan. Docket No. 48. The proposed discovery plan is substantively indistinguishable from the parties' discovery plan submitted at Docket No. 46. The Court previously set a scheduling conference for 10:00 a.m. on April 30, 2019, in Courtroom 3A. Accordingly, the proposed discovery plan at Docket No. 48 is **DENIED** as moot.

IT IS SO ORDERED.

Dated: April 16, 2019

                                                                       _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge

1