Amanda C. Yen (NSBN 9726)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
ayen@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

David P. Shouvlin
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Telephone: 614.227.2045
dshouvlin@porterwright.com
(admitted *pro hac vice*)

*Attorneys for Konecranes Global Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MODE TECH (Beijing) Co., Ltd.,<br><br>Defendant. | Case No.: 2:18-cv-02015-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**(FIRST REQUEST)** |

Plaintiff Konecranes Global Corporation ("Konecranes") and defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech") hereby agree, stipulate and respectfully request that the Court extend the deadline for Konecranes to respond to Mode Tech's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (the "Motion") (ECF No. 50) from May 9, 2019 to May 17, 2019. The parties further agree and respectfully request that the Court extend the time for Mode Tech to file a reply in support of its Motion from May 16, 2019 to May 31, 2019. This is the parties' first request to extend the deadline.

Both parties request additional time to prepare their respective response and reply briefs in order to have sufficient time to communicate with their respective clients which are both

located overseas. The undersigned request this represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the requested extension.

DATED this 1st day of May, 2019.

| McDONALD CARANO LLP | BUETHER JOE & CARPENTER, LLC |
|---|---|
| By: /s/ *Kristen T. Gallagher*<br>    Amanda C. Yen (NSBN 9726)<br>    Kristen T. Gallagher (NSBN 9561)<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, NV 89102<br>    Telephone: 702.873.4100<br><br>David P. Shouvlin<br>PORTER WRIGHT MORRIS &<br> ARTHUR LLP<br>41 South High Street, Suite 2900<br>Columbus, OH 43215<br>Telephone: 614.227.2045<br>dshouvlin@porterwright.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Konecranes Global Corporation* | By: /s/ *Christopher M. Joe*<br>    Christopher M. Joe<br>    Kenneth P. Kula<br>    Brian A. Carpenter<br>    1700 Pacific, Suite 4750<br>    Dallas, TX 75201<br>    Tel: (214) 466-1272<br>    chris.joe@bjciplaw.com<br>    ken.kula@bjciplaw.com<br>    brian.carpenter@bjciplaw.com<br>    (admitted *pro hac vice*)<br><br>Daniel T. Foley, Esq.<br>Nevada Bar No. 1078<br>FOLEY & OAKES, PC<br>1210 S. Valley View Blvd. #208<br>Las Vegas, NV 89102<br>Tel.: (702) 384-2070<br>dan@foleyoakes.com<br><br>*Attorneys for Defendant Mode Tech (Beijing) Co., Ltd.* |

## **ORDER**

 IT IS SO ORDERED.

**DATED** this  7  day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT