Amanda C. Yen (NSBN 9726)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
ayen@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

David P. Shouvlin
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Telephone: 614.227.2045
dshouvlin@porterwright.com
(admitted *pro hac vice*)

*Attorneys for Konecranes Global Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MODE TECH (Beijing) Co., Ltd.,<br><br>Defendant. | Case No.: 2:18-cv-02015-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Konecranes Global Corporation ("Konecranes") and defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech") hereby agree, stipulate and respectfully request that the Court extend the deadline for Konecranes to file its reply in support of the Motion for Leave to File Amended Complaint (the "Motion") (ECF No. 73) from Monday, September 30, 2019 to Thursday, October 3, 2019. This is the first request to extend the deadline.

Konecranes' counsel requested, and Mode Tech agreed to, a brief three-day extension to prepare its reply due to other litigation commitments and deadlines and in order to have sufficient time to communicate with its client which is located overseas.

The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the requested extension.

DATED this 27th day of September, 2019.

| McDONALD CARANO LLP | BUETHER JOE & CARPENTER, LLC |
|---|---|
| By: /s/ *Kristen T. Gallagher*<br>    Amanda C. Yen (NSBN 9726)<br>    Kristen T. Gallagher (NSBN 9561)<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, NV  89102<br>    Telephone: 702.873.4100<br>    ayen@mcdonaldcarano.com<br>    kgallagher@mcdonaldcarano.com<br><br>David P. Shouvlin<br>PORTER WRIGHT MORRIS &<br> ARTHUR LLP<br>41 South High Street, Suite 2900<br>Columbus, OH 43215<br>Telephone: 614.227.2045<br>dshouvlin@porterwright.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Konecranes Global Corporation* | By: /s/ *Kenneth P. Kula*<br>    Christopher M. Joe<br>    Kenneth P. Kula<br>    Brian A. Carpenter<br>    1700 Pacific, Suite 4750<br>    Dallas, TX 75201<br>    Tel: (214) 466-1272<br>    chris.joe@bjciplaw.com<br>    ken.kula@bjciplaw.com<br>    brian.carpenter@bjciplaw.com<br>    (admitted *pro hac vice*)<br><br>Daniel T. Foley, Esq.<br>Nevada Bar No. 1078<br>FOLEY & OAKES, PC<br>1210 S. Valley View Blvd. #208<br>Las Vegas, NV 89102<br>Tel.: (702) 384-2070<br>dan@foleyoakes.com<br><br>*Attorneys for Defendant Mode Tech (Beijing) Co., Ltd.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2019