# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MODE TECH (BEIJING) CO. LTD., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:18-cv-02015-GMN-NJK <br><br> **ORDER** |

On March, 24, 2020, the Court entered the Order, (ECF No. 99), which, in part, ordered that Plaintiff Konecranes Global Corporation's bond of $1,000.00 deposited with the Court by Amanda C. Yen of McDonald Carano LLP as security for a temporary restraining order, (ECF No. 12), be forfeited to Defendant Mode Tech (Beijing) Co. Ltd. Accordingly,

**IT IS HEREBY ORDERED** that, because Defendant Mode Tech (Beijing) Co. Ltd. is represented by two separate law firms, counsel for Defendant Mode Tech (Beijing) Co. Ltd. must jointly file with the Court instructions on sending bond to Defendant by April 10, 2020. The joint filing shall include a completed W-9 form to permit disbursement of funds.

**IT IS FURTHER ORDERED** that, with regard to the interest accrued from Plaintiff Konecranes Global Corporation's bond while in the Court's control, the Clerk's Office shall return the accrued interest to the entity who made the deposit. Return of the accrued interest shall occur at the same time bond is disbursed to Defendant. (*See* Cert. Deposit, ECF No. 12).

**DATED** this __25__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1