Daniel T. Foley, Esq.
Nevada Bar No. 1078
FOLEY & OAKES, PC
1210 S. Valley View Blvd. #208
Las Vegas, NV 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
dan@foleyoakes.com

Christopher M. Joe (admitted *pro hac vice*)
Chris.Joe@BJCIPlaw.com
Brian A. Carpenter (admitted *pro hac vice*)
Brian.Carpenter@BJCIPLaw.com
Kenneth P. Kula (admitted *pro hac vice*)
Ken.Kula@BJCIPlaw.com
BUETHER JOE & CARPENTER, LLC
1700 Pacific, Suite 4750, Dallas, TX 75201
Tel: (214) 466-1272
Chris.Joe@BJCIPLaw.com
Brian.Carpenter@BJCIPLaw.com
Ken.Kula@BJCIPLaw.com

*Attorneys for Defendant Mode Tech (Beijing) Co., Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MODE TECH (BEIJING) CO., LTD.,<br><br>Defendant. | Case No. 2:18-cv-02015-GMN-NJK<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE AND CLAIM CONSTRUCTION HEARING MATTERS (ECF NO. 98).**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LPR 1-3, Plaintiff Konecranes Global Corporation ("Konecranes") and Defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech" and together, the "Parties") agree and respectfully request a six-week extension of Claim Construction briefing deadlines and a corresponding continuance of the Patent Tutorial and Claim Construction hearings (currently unscheduled) (ECF No. 98), due to the continued travel-related concerns of counsel for the Parties. Specifically, in light of current travel recommendations issued by the President of the United States[1] and Centers for Disease Control and Prevention related to the coronavirus (COVID-19) as recognized in the Court's Temporary General Order 2020-03. Specifically, the Parties' respective counsel have discussed and agreed to an approximate six-week extension of the Briefing Deadlines to allow the deposition of Konecranes' expert Emil Geiger to be re-scheduled from April 8, 2020 to May 20, 2020 for the same travel-related concerns.[2]  The Parties have correspondingly stipulated and agreed to extend Mode Tech's deadline to file its Claim Construction Responsive Brief from April 22, 2020 to June 3, 2020 and Konecranes' deadline to file its Claim Construction Reply Brief from April 29, 2020 to June 10, 2020 (ECF No. 98). Accordingly, the Parties respectfully request that the Court grant this Stipulation and continue the Patent Tutorial and Claim Construction hearings for approximately six weeks to a date convenient to the Court.

---

[1] https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (recommending a 30-day delay in discretionary travel).

[2] Mr. Geiger's deposition is scheduled to take place in Reno, Nevada.

1

DATED: April 3, 2020.

| MCDONALD CARANO LLP | FOLEY & OAKES, PC |
|---|---|
| *s/ Kristin T. Gallagher* | *s/ Nicholas C. Kliewer* |
| Amanda C. Yen (NSBN 9726) | Daniel T. Foley, Esq. |
| Kristen T. Gallagher (NSBN 9561) | Nevada Bar No. 1078 |
| 2300 W. Sahara Ave, Suite 1200 | 1210 S. Valley View Blvd. #208 |
| Las Vegas, NV 89102 | Las Vegas, NV 89101 |
| Telephone: 702.873.4100 | Tel.: (702) 384-2070 |
| ayen@mcdonaldcarano.com | Fax: (702) 384-2128 |
| kgallagher@mcdonaldcarano.com | dan@foleyoakes.com |
| | |
| David P. Shouvlin | Christopher M. Joe |
| PORTER WRIGHT MORRIS & ARTHUR LLP | Admitted *Pro Hac Vice* |
| 41 South High Street, Suite 2900 | Brian A. Carpenter |
| Columbus, OH 43215 | Admitted *Pro Hac Vice* |
| Telephone: 614.227.2045 | Kenneth P. Kula |
| dshouvlin@porterwright.com | Admitted *Pro Hac Vice* |
| (admitted *pro hac vice*) | Nicholas C Kliewer |
| | Admitted *Pro Hac Vice* |
| ***Attorneys for Plaintiff*** | **BUETHER JOE & CARPENTER, LLC** |
| ***Konecranes Global Corporation*** | 1700 Pacific Avenue, Suite 4750 |
| | Dallas, Texas 75201 |
| | Tel.: (214) 466-1271 |
| | Chris.Joe@BJCIPLaw.com |
| | Brian.Carpenter@BJCIPLaw.com |
| | Ken.Kula@BJCIPLaw.com |
| | Nick.Kliewer@BJCIPLaw.com |
| | |
| | ***Attorneys for Defendant*** |
| | ***Mode Tech (Beijing) Co., Ltd.*** |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the parties shall jointly file a Notice with the Court upon completion of briefing on June 10, 2020, identifying three proposed dates for the Patent Tutorial and Claim Construction hearings. The Court will then coordinate with the parties to set a final date for hearings.

Dated this __3__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT