Amanda C. Yen (NSBN 9726)
Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
ayen@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

David P. Shouvlin
PORTER WRIGHT MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Telephone: 614.227.2045
dshouvlin@porterwright.com
(admitted *pro hac vice*)

*Attorneys for Konecranes Global Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION, | Case No.: 2:18-cv-02015-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE AND CLAIM CONSTRUCTION HEARING MATTERS (ECF NO. 107)** |
| vs. | |
| MODE TECH (Beijing) Co., Ltd., | |
| Defendant. | (Fourth Request) |

Pursuant to LR IA 6-1 and LPR 1-3, Plaintiff Konecranes Global Corporation ("Konecranes") and Defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech" and together, the "Parties") agree and respectfully request an additional three-week extension of Claim Construction briefing deadlines and a corresponding continuance of the Patent Tutorial and Claim Construction hearings (currently unscheduled) (ECF Nos. 98, 105, 107), due to renewed settlement discussions along with continued travel-related concerns of counsel for the Parties in connection with the coronavirus (COVID-19) pandemic and related limitations. This is the parties' fourth request.

Specifically, the Parties' respective counsel have discussed and agreed to an approximate three-week extension of the Briefing Deadlines to allow the Parties to further

explore recent settlement developments as well as to reschedule the deposition of Konecranes' expert Emil Geiger from its current June 26, 2020 date for the same travel-related concerns.[1] The Parties have correspondingly stipulated and agreed to extend Mode Tech's deadline to file its Claim Construction Responsive Brief from July 10, 2020 to July 31, 2020 and Konecranes' deadline to file its Claim Construction Reply Brief from July 17, 2020 to August 7, 2020 (ECF No. 107). Accordingly, the Parties respectfully request that the Court grant this Stipulation and also continue the Patent Tutorial and Claim Construction hearings for approximately three additional weeks to a date convenient to the Court.

…

---

[1] Mr. Geiger's deposition was scheduled to take place in Reno, Nevada.

In accordance with the Court's prior Order (ECF No. 107), the Parties shall jointly file a Notice with the Court upon completion of briefing on August 10, 2020, identifying three proposed dates for the Patent Tutorial and Claim Construction hearings for the Court's consideration and further coordination.

DATED this 22nd day of June, 2020.

| McDONALD CARANO LLP | BUETHER JOE & CARPENTER, LLC |
|---|---|
| By: /s/ *Kristen T. Gallagher*<br>Amanda C. Yen (NSBN 9726)<br>Kristen T. Gallagher (NSBN 9561)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>ayen@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>David P. Shouvlin<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>41 South High Street, Suite 2900<br>Columbus, OH 43215<br>Telephone: 614.227.2045<br>dshouvlin@porterwright.com<br>(admitted *pro hac vice*)<br><br>*Attorneys for Konecranes Global Corporation* | By: /s/ *Nicholas C. Kliewer*<br>Christopher M. Joe<br>Kenneth P. Kula<br>Brian A. Carpenter<br>Nicholas C. Kliewer<br>1700 Pacific, Suite 4750<br>Dallas, TX 75201<br>Telephone: (214) 466-1272<br>chris.joe@bjciplaw.com<br>ken.kula@bjciplaw.com<br>brian.carpenter@bjciplaw.com<br>nick.kliewer@ bjciplaw.com<br>(admitted *pro hac vice*)<br><br>Daniel T. Foley, Esq.<br>Nevada Bar No. 1078<br>1210 S. Valley View Blvd. #208<br>Las Vegas, NV 89102<br>Telephone: (702) 384-2070<br>dan@foleyoakes.com<br><br>*Attorneys for Mode Tech (Beijing) Co., Ltd.* |

**IT IS SO ORDERED.**

Dated this __25__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT