Daniel T. Foley, Esq.
Nevada Bar No. 1078
dan@foleyoakes.com
FOLEY & OAKES, PC
1210 S. Valley View Blvd. #208
Las Vegas, NV 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128

Christopher M. Joe (admitted *pro hac vice*)
Chris.Joe@BJCIPlaw.com
Kenneth P. Kula (admitted *pro hac vice*)
Ken.Kula@BJCIPlaw.com
Nicholas C. Kliewer (admitted *pro hac vice*)
Nick.Kliewer@BJCIPlaw.com
BUETHER JOE & COUNSELORS, LLC
1700 Pacific, Suite 4750
Dallas, TX 75201
Tel: (214) 466-1272

*Attorneys for Defendant Mode Tech (Beijing) Co., Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MODE TECH (BEIJING) CO., LTD.,<br><br>Defendant. | Case No. 2:18-cv-02015-GMN-NJK<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF BRIEFING SCHEDULE AND CLAIM CONSTRUCTION HEARING MATTERS (ECF NO. 112).**<br><br>(Fifth Request) |

Pursuant to LR IA 6-1 and LPR 1-3, Plaintiff Konecranes Global Corporation ("Konecranes") and Defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech" and together, the "Parties") agree and respectfully request a two-week extension of Defendant's Claim Construction responsive briefing deadline, a three-week extension of Plaintiff's reply, and a corresponding continuance of the Patent Tutorial and Claim Construction hearings (currently unscheduled) (ECF Nos. 98, 105, 107, 112). This is the Parties' fifth request.

Specifically, the Parties' respective counsel have discussed and agreed to the extension of the Briefing Deadlines due to renewed settlement discussions, to allow Defendant to re-schedule the deposition of Konecranes' expert Emil Geiger which has been re-scheduled to July 28, 2020 due to illness of Defendant's counsel, and to allow for the return of Plaintiff's in-house counsel from paternity leave.  The Parties have correspondingly stipulated and agreed to extend Mode Tech's deadline to file its Claim Construction Responsive Brief from July 31, 2020 to August 14, 2020 and Konecranes' deadline to file its Claim Construction Reply Brief from August 7, 2020 to August 28, 2020 (ECF No. 105). Accordingly, the Parties respectfully request that the Court grant this Stipulation and continue the Patent Tutorial and Claim Construction hearings for a total of three additional weeks to a date convenient to the Court.

In accordance with the Court's prior Order (ECF No. 112), the Parties shall jointly file a Notice with the Court upon completion of briefing on August 28, 2020, identifying three proposed dates for the Patent Tutorial and Claim Construction hearings for the Court's consideration and further coordination.

DATED: July 23, 2020.

| McDonald Carano LLP | Foley & Oakes, PC |
|---|---|
| *s/ David P. Shouvlin* | *s/ Nicholas C. Kliewer* |
| Amanda C. Yen (NSBN 9726) | Daniel T. Foley, Esq. |
| Kristen T. Gallagher (NSBN 9561) | Nevada Bar No. 1078 |
| 2300 W. Sahara Ave, Suite 1200 | 1210 S. Valley View Blvd. #208 |
| Las Vegas, NV 89102 | Las Vegas, NV 89101 |
| Telephone: 702.873.4100 | Tel.: (702) 384-2070 |
| ayen@mcdonaldcarano.com | Fax: (702) 384-2128 |
| kgallagher@mcdonaldcarano.com | dan@foleyoakes.com |
| | |
| David P. Shouvlin | Christopher M. Joe |
| **Porter Wright Morris & Arthur LLP** | Admitted *Pro Hac Vice* |
| 41 South High Street, Suite 2900 | Kenneth P. Kula |
| Columbus, OH 43215 | Admitted *Pro Hac Vice* |
| Telephone: 614.227.2045 | Nicholas C Kliewer |
| dshouvlin@porterwright.com | Admitted *Pro Hac Vice* |
| (admitted *pro hac vice*) | **Buether Joe & Counselors, LLC** |
| | 1700 Pacific Avenue, Suite 4750 |
| ***Attorneys for Plaintiff*** | Dallas, Texas 75201 |
| ***Konecranes Global Corporation*** | Tel.: (214) 466-1271 |
| | Chris.Joe@BJCIPLaw.com |
| | Ken.Kula@BJCIPLaw.com |
| | Nick.Kliewer@BJCIPLaw.com |
| | |
| | ***Attorneys for Defendant*** |
| | ***Mode Tech (Beijing) Co., Ltd.*** |

**IT IS SO ORDERED.**

Dated this  23  day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3