Daniel T. Foley, Esq.
Nevada Bar No. 1078
FOLEY & OAKES, PC
1210 S. Valley View Blvd. #208
Las Vegas, NV 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
dan@foleyoakes.com

Christopher M. Joe (admitted *pro hac vice*)
Kenneth P. Kula (admitted *pro hac vice*)
Nicholas C. Kliewer (admitted *pro hac vice*)
BUETHER JOE & COUNSELORS, LLC
1700 Pacific, Suite 4750, Dallas, TX 75201
Tel: (214) 466-1272
Chris.Joe@BJCIPlaw.com
Ken.Kula@BJCIPlaw.com
Nick.Kliewer@BJCIPlaw.com

*Attorneys for Defendant Mode Tech (Beijing) Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KONECRANES GLOBAL CORPORATION, | Case No. 2:18-cv-02015-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULE ON CLAIM CONSTRUCTION HEARING MATTERS (ECF NOS. 124, 125).** |
| MODE TECH (BEIJING) CO., LTD., | |
| Defendant. | (Sixth Request) |

Pursuant to LR IA 6-1 and LPR 1-3, Plaintiff Konecranes Global Corporation ("Konecranes") and Defendant Mode Tech (Beijing) Co., Ltd. ("Mode Tech" and together, the "Parties") believe that there is agreement to a settlement-in-principle between the parties and respectfully ask the Court to postpone the upcoming technology tutorial and Markman hearing (including the associated deadline for filing exhibits) (ECF 124, 125) to negotiate the details and

finalize an agreement. The parties believe that an approximate **three-week postponement** will be sufficient to work out the agreement.

Specifically, the following hearing dates and deadlines are requested to be postponed:

- October 26, 2020 deadline to file exhibits intended for use at hearing (ECF 125)
- October 29, 2020 patent technology tutorial (ECF 124, 125); and
- November 5, 2020 Claim Construction Hearing (ECF 124, 125).

In keeping with the Court's prior Order (ECF No. 112) to file notice of available dates with the Court, **the Parties agree to jointly file a notice with the Court on Tuesday, November 10, 2020 with the status of the settlement agreement** along with at least three proposed dates for continuing the hearings in the event that a settlement has not already been finalized.

DATED:  October 20, 2020.

| McDonald Carano LLP | Foley & Oakes, PC |
|---|---|
| *s/ David P. Shouvlin* <br> Amanda C. Yen (NSBN 9726) <br> Kristen T. Gallagher (NSBN 9561) <br> 2300 W. Sahara Ave, Suite 1200 <br> Las Vegas, NV 89102 <br> Telephone: 702.873.4100 <br> ayen@mcdonaldcarano.com <br> kgallagher@mcdonaldcarano.com <br><br> David P. Shouvlin (admitted *pro hac vice*) <br> Porter Wright Morris & Arthur LLP <br> 41 South High Street, Suite 2900 <br> Columbus, OH 43215 <br> Telephone: 614.227.2045 <br> dshouvlin@porterwright.com <br><br> ***Attorneys for Plaintiff*** <br> ***Konecranes Global Corporation*** | *s/ Nicholas C. Kliewer* <br> Daniel T. Foley, Esq. (NSBN 1078) <br> 1210 S. Valley View Blvd. #208 <br> Las Vegas, NV 89101 <br> Tel.:  (702) 384-2070 <br> Fax:  (702) 384-2128 <br> dan@foleyoakes.com <br><br> Christopher M. Joe (admitted *pro hac vice*) <br> Kenneth P. Kula (admitted *pro hac vice*) <br> Nicholas C Kliewer (admitted *pro hac vice*) <br> Buether Joe & Counselors, LLC <br> 1700 Pacific Avenue, Suite 4750 <br> Dallas, Texas  75201 <br> Tel.:  (214) 466-1271 <br> Chris.Joe@BJCIPLaw.com <br> Ken.Kula@BJCIPLaw.com <br> Nick.Kliewer@BJCIPLaw.com <br><br> ***Attorneys for Defendant*** <br> ***Mode Tech (Beijing) Co., Ltd.*** |

IT IS SO ORDERED *nunc pro tunc*.

IT IS FURTHER ORDERED that the Motion to Extend Time, (ECF No. 129), is DENIED as moot.

Dated this __27__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3